FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0054

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 20-0054**

| | |
|---|---|
| EDWARD TOMSU,<br><br>                    Plaintiff/Appellant,<br><br>vs.<br><br>UNIVERSITY OF MONTANA; JOHN DOES 1-10; and, ABC CORPORATIONS 1-10,<br><br><br><br>                    Defendants/Appellees. | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME FOR TRANSMISSION OF THE RECORD** |

Pursuant to Appellant's Motion for Extension of Time for Transmission of the Record, the contemporaneously filed Affidavit of Julie L. DeLong, RPR, Official Court Reporter, and with good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant's Motion for Extension of Time for Transmission of the Record is GRANTED. The Court Reporter shall have until April 20, 2020, in which to transmit the record in this cause.

DATED this _____ day of April, 2020.

By:_____
                    Clerk of the Supreme Court

cc:  J.R. Casillas
     David Ohler

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 10 2020